## VERIFICATION

I, Terry Snyder, hereby affirm under the penalties of perjury as follows:

1. I am over the age of 18 and otherwise competent to testify.

2. The factual allegations in the foregoing Verified Complaint are, to the best of my knowledge and belief, true and accurate.

/s/ _____
Terry Snyder

March 26, 2007

## VERIFICATION

I, Jill Snyder, hereby affirm under the penalties of perjury that the factual allegations in the foregoing Verified Complaint are, to the best of my knowledge and belief, true and accurate.

/s/ _____
Jill Snyder

March 26, 2007

J.S. et al v. Blue Mountain School District et al    Doc. 4

Dockets.Justia.com