IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL SNYDER, a minor, by and through her parents, TERRY SNYDER, and STEVEN SNYDER, individually and on behalf of their daughter,<br>    Plaintiffs<br><br>v.<br><br>BLUE MOUNTAIN SCHOOL DISTRICT, DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE Principal Blue Mountain Middle School, both in their official and individual capacities,<br>    Defendants | 3:07-cv-585<br><br>(Judge J. Munley) |

## SCHEDULING ORDER

The above civil case is listed for **a Hearing on Plaintiffs' motion for an injunction** on **Thursday, March 29, 2007 at 10:00**, in the courtroom of Judge James M. Munley, in the William J. Nealon Federal Building, Corner North Washington Avenue and Linden Street, Scranton, Pennsylvania.

Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3 (Conference of Attorneys), as well as this court's Standing Order #1 concerning conferences, is required. Copies of the Local Rules are available at the Clerk's Office. Failure to comply with the Local Rules may result in the imposition of sanctions.

                                                                 s/James M. Munley
                                                                 JUDGE JAMES M. MUNLEY
Dated: 3/28/07                                   United States District Court