

# BLUE MOUNTAIN MIDDLE SCHOOL

**James S. McGonigle**
*Principal*

| Debra L. Frain | James R. Ketner | Michelle S. Guers |
|---|---|---|
| *Counselor* | *Assistant Principal* | *Counselor* |

*"DEDICATED TO EXCELLENCE"*

March 23, 2007

Mr. and Mrs. Steven Snyder
209 Summer Valley Road
Orwigsburg, PA 17961

Dear Mr. and Mrs. Snyder:

    I regret to inform you that your daughter, ███████ has been given 10 days out of school suspension effective Thursday, March 22nd through and including Wednesday, April 4, 2007. This out of school suspension is for making false accusations against Mr. McGonigle, Middle School Principal and copyright laws in using a photograph of Mr. McGonigle that was property of the Blue Mountain School District. These violations of the Blue Mountain Middle School Discipline Code and Blue Mountain School District Policy were presented at a meeting in Mr. McGonigle's office on Thursday, March 22, 2007 at 9:55 a.m. Present at this meeting were Mrs. Snyder, ███████ Mrs. Guers, and Mr. McGonigle. As you are aware, the Pennsylvania State Police have been informed of this incident so that criminal charges may be filed.

    During the time of suspension, ███ is not permitted on School District property without permission. She will not be allowed to attend school dances for the remaining of the 2006-2007 school year.

    Mrs. Snyder has informed me that the earliest she is available for an informal hearing was Wednesday, March 28, 2007. Therefore, and informal hearing is scheduled for Wednesday, March 28, 2007 at 8:30 in the Middle School Office.

    I have taken this action in accordance with the discipline policy, as published in the Parent/Student Handbook and as fully described in School District policy. If you have any further concerns, please contact me.

Sincerely,

James S. McGonigle
Principal

cc. Dr. Romberger



Dockets.Justia.com

*****************************************************
# Blue Mountain School District
## Disciplinary Notice
*****************************************************

Student's Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Date: 3/22/07

Student's Address: 209 Summer Valley Road Orwigsburg PA. 17961

Phone #: 943-2307   Grade: 8

Level of Infraction: 4   Referrals to Date: _____   HmRm: 816

**Note:** Student **is**/is not involved in extracurricular or co-curricular activities.
List activity(s): _____

1. ( ) tardy to school
2. ( ) obscenity or profanity
3. ( ) cutting class
4. ( ) out of assigned area
5. ( ) fighting
6. ( ) failure to return forms
7. ( ) cheating
8. ( ) vandalism
9. ( ) dress code violation
10. ( ) merit pass violation
11. ( ) food/drink violation
12. ( ) disruption/inappropriate behavior
13. ( ) disrespect
14. ( ) cutting detention/suspension
15. ( ) hall violation
16. ( ) tobacco violation
17. ( ) failure to be prepared for class
18. ( ) forgery
19. ( ) cafeteria violation
20. ( ) sexual harassment
21. ( ) work study/release violation
22. ( ) threats to others
23. ( ) defiance/insubordination
24. ( ) truancy/unexcused absences
25. ( ) late to class/assigned area
26. ( ) leaving school without permission
27. ( ) drug/alcohol violation
28. ( ) public affection
29. ( ) theft
30. ( ) electronic equipment violation
31. ( ) driving/parking violation
32. ( ) weapons
33. (✓) other: MAKING FALSE ACCUSATIONS ABOUT THE SCHOOL PRINCIPAL COPYRIGHT LAWS

Comments: _____

**Action Taken By Teacher Prior To Referral:**
1. ( ) Checked Student's Folder
2. ( ) Held Conference with Student
3. ( ) Consulted Counselor
4. ( ) Changed Student's Seat
5. ( ) Telephoned Parent
6. ( ) Held Conference with Parent
7. ( ) _____

Teacher's Signature _____

**Action Taken By Administrator:** W/ STUDENT +
(✓) Administrative Conference MOTHER IN OFFICE
( ) Detention _____
( ) Saturday Detention _____
( ) In School Suspension _____
(✓) Out of School Suspension 3/22/07 - 4/4/07
( ) Other _____

Comments ▓▓▓▓▓ WILL SERVE 10 DAYS OUT OF SCHOOL SUSPENSION DURING THIS TIME SHE IS NOT PERMITTED ON SCHOOL DISTRICT PROPERTY. ARRANGEMENTS WILL BE MADE FOR HER SCHOOLWORK

Administrator's Signature _____   Date 3/22/07

Dear Parent/Guardian:
The purpose of this notice is to inform you of the infraction(s) involving your child and the corrective action taken in accordance with the Blue Mountain School District STUDENT DISCIPLINE CODE. In order that there will not be any further occurrences of this nature, you are urged to both support and cooperate with the action. Together we must strive to provide the best educational environment in which our students will learn and grow.

Copies:  White—Parent   Pink—Teacher
         Yellow—Office

BMSD Discipline Form (6/98)