

Phone 717.533.3311 · Fax 717.533.9642 · HersheyMeetings.com

I would like to address this true apology to Mr. McGonigle, Mrs Frain, and family. I am in deep regret and I am very sorry. I wish I could take back my actions, but I know that's not possible. I understand now that words do have an effect on people. I messed up, I said stupid things while running my mouth. I don't expect forgiveness, but I do hope we can put this behind us someday.

Sincerely,

**PLAINTIFF'S EXHIBIT 2**



the FOREBAY



©2006 Hershey Entertainment & Resorts Company. HERSHEY, LEBBIE LEBKICHER'S, THE COCOA BEANERY, THE BEARS' DEN, HERSHEY'S KISSES, and the conical configuration with attached plume are trademarks used under license. M0071 bigger