

**University of Phoenix — Thinking ahead**

Associate's Degrees — Your foundation for the future. Earn an Associate of Arts in:
- Accounting
- Business
- Criminal Justice
- General Studies
- Health Administration
- Information Technology
- IT/Networking
- IT/Visual Communication
- Paraprofessional Education

MySpace [Search]

Home | Browse | Search | Invite | Film | Mail | Blog | Favorites | Forum | Groups | Events | Videos | Music | Comedy | Classifieds

**m-hoe=]**

"fraintrain- it's a slow ride but you'll get there eventually"

Male
40 years old
Alabama
United States

Last Login: 3/21/2007

View My: Pics | Videos

MySpace URL:
http://www.myspace.com/kidsrockmybed

**m-hoe=]'s Interests**

General: detention, being a tight ass, riding the fraintrain, spending time with my child (who looks like a gorilla), baseball, my golden pen, fucking in my office, hitting on students and their parents.

Music: I love all kinds, favorite is techno.

Television: almost anything, I mainly watch the playboy channel on directv. OH YEAH BITCH!

Heroes: myself, ofcourse.

**m-hoe=]'s Details**

Status: Married
Orientation: Bi
Zodiac Sign: Virgo
Children: Proud parent

**m-hoe=]'s Latest Blog Entry**
[Subscribe to this Blog]
[View All Blog Entries]

**m-hoe=]'s Blurbs**
About me:

HELLO CHILDREN
yes, it's your oh so wonderful, hairy, expressionless, sex addict, fagass, put on this world with a small dick
PRINCIPAL
I have come to myspace so i can pervert the minds of other principal's to be just like me. I know, I know, you're all thrilled
Another reason I came to myspace is because- I am keeping an eye on you students
(who I care for so much)
For those who want to be my friend, and aren't in my school
I love children, sex (any kind), dogs, long walks on the beach, tv, being a dick head, and last but not least my darling wife who looks like a man (who satisfies my needs)
MY FRAINTRAIN
so please, feel free to add me, message me whatever
Layout made by Lost in a Jungle at CreateBlog.com.

Who I'd like to meet:

**m-hoe=]'s Friend Space**

Tom

m-hoe=] has 22 friends.
Cassie    billy [bust' a move']    tori [is back]

http://profile.myspace.com/index.cfm?fuseaction=user.viewprofile&friendid=170180344    3/21/2007

PLAINTIFF'S EXHIBIT 3

Mar 28 07 12:00p  Lynn Nickels  570-366-8785

Dockets.Justia.com




—— Associate's Degrees ——
Your foundation for the future. Earn an Associate of Arts in:
- Accounting
- Business
- Criminal Justice
- General Studies
- Health Administration
- Information Technology
- IT/Networking
- IT/Visual Communication
- Paraprofessional Education

MySpace [Search]

Home | Browse | Search | Invite | Film | Mail | Blog | Favorites | Forum | Groups | Events | Videos | Music | Comedy | Classifieds



**m-hoe=]**

"fraintrain- it's a slow ride but you'll get there eventually"

Male
40 years old
Alabama
United States

Last Login: 3/21/2007

View My: Pics | Videos

**MySpace URL:**
http://www.myspace.com/kidsrockmybed

### m-hoe=]'s Interests

| | |
|---|---|
| General | detention, being a tight ass, riding the fraintrain, spending time with my child (who looks like a gorilla), baseball, my golden pen, fucking in my office, hitting on students and their parents. |
| Music | I love all kinds. favorite is techno. |
| Television | almost anything. i mainly watch the playboy channel on directv. OH YEAH BITCH! |
| Heroes | myself, ofcourse. |

### m-hoe=]'s Details

| | |
|---|---|
| Status: | Married |
| Orientation: | Bi |
| Zodiac Sign: | Virgo |
| Children: | Proud parent |

### m-hoe=]'s Latest Blog Entry

[Subscribe to this Blog]

[View All Blog Entries]

### m-hoe=]'s Blurbs

**About me:**

HELLO CHILDREN
yes. it's your oh so wonderful, hairy, expressionless, sex addict, fagass, put on this world with a small dick PRINCIPAL
I have come to myspace so i can pervert the minds of other principal's to be just like me. I know, I know, you're all thrilled
Another reason I came to myspace is because- I am keeping an eye on you students
(who I care for so much)
For those who want to be my friend, and aren't in my school
I love children, sex (any kind), dogs, long walks on the beach, tv, being a dick head, and last but not least my darling wife who looks like a man (who satisfies my needs)
MY FRAINTRAIN
so please, feel free to add me, message me whatever
Layout made by Lost in a Jungle at CreateBlog.com.

**Who I'd like to meet:**

### m-hoe=]'s Friend Space

m-hoe=] has 22 friends.



Tom    Cassie    billy [bust' a move]    tori [is back]