# IN THE UNITED STATES COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL SNYDER, a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,** | : CIVIL ACTION NO. 07-CV-585 <br> : <br> : <br> : JUDGE: JAMES M. MUNLEY <br> : |
| **Plaintiffs,** | : <br> : |
| v. | : ELECTRONICALLY FILED <br> : |
| **BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities,** | |
| **Defendants.** | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of Defendants, Blue Mountain School District, Dr. Joyce Romberger and Mr. James McGonigle, in the above-captioned matter.

                            SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: <u>March 30, 2007</u>      By:    <u>/s/ Ellis H. Katz</u>
                                         Ellis H. Katz, Esquire, Atty. I.D. # 34835
                                           331 Butler Avenue, P. O. Box 5069
                                           New Britain, Pennsylvania 18901
                                           (215) 345-9111 – Office
                                           (215) 348-1147 – Facsimile

                                           Attorney for Defendants,
                                           Blue Mountain School District,
                                           Dr. Joyce Romberger and Mr. James McGonigle

# IN THE UNITED STATES COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL SNYDER**, a minor, by and through her parents, **TERRY SNYDER** and **STEVEN SNYDER**, individually and on behalf of their daughter, | : CIVIL ACTION NO. 07-CV-585<br>:<br>:<br>: JUDGE: JAMES M. MUNLEY |
| **Plaintiffs**, | : |
| v. | : ELECTRONICALLY FILED |
| **BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER,** Superintendent Blue Mountain School District; and **JAMES S. MCGONIGLE,** Principal Blue Mountain Middle School, both in their official and individual capacities, | : |
| **Defendants.** | |

## **CERTIFICATE OF SERVICE**

I, Ellis H. Katz, Esquire, counsel for the Defendants, Blue Mountain School District, Dr. Joyce Romberger and Mr. James McGonigle, hereby certify that a true and correct copy of the foregoing Entry of Appearance was mailed to the following counsel at the following address, *via* regular U.S. Mail, on this date:

> MaryCatherine Roper, Esquire
> Staff Attorney
> American Civil Liberties Union of PA
> P.O. Box 40008
> Philadelphia, Pennsylvania 19106

SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: <u>March 30, 2007</u>　　　　By:　　<u>/s/ Ellis H. Katz</u>
　　　　　　　　　　　　　　　　　　Ellis H. Katz, Esquire, Atty. I.D. # 34835
　　　　　　　　　　　　　　　　　　331 Butler Avenue, P. O. Box 5069
　　　　　　　　　　　　　　　　　　New Britain, Pennsylvania  18901
　　　　　　　　　　　　　　　　　　(215) 345-9111 – Office
　　　　　　　　　　　　　　　　　　(215) 348-1147 – Facsimile

　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　Blue Mountain School District,
　　　　　　　　　　　　　　　　　　Dr. Joyce Romberger and Mr. James McGonigle