## IN THE UNITED STATES COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL SNYDER, a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,** : : : : : | **CIVIL ACTION NO. 07-CV-585** <br><br> **JUDGE: JAMES M. MUNLEY** |
| **Plaintiffs,** : : | |
| v. : : | **ELECTRONICALLY FILED** |
| **BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities,** | |
| **Defendants.** | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of Defendants, Blue Mountain School District, Dr. Joyce Romberger and Mr. James McGonigle, in the above-captioned matter.

                                                SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: <u>March 30, 2007</u>        By:     <u>/s/ Jonathan P. Riba</u>
                                              Jonathan P. Riba, Esquire, Atty. I.D. #88095
                                              331 Butler Avenue, P. O. Box 5069
                                              New Britain, Pennsylvania 18901
                                              (215) 345-9111 – Office
                                              (215) 348-1147 – Facsimile

                                              Attorney for Defendants,
                                              Blue Mountain School District,
                                              Dr. Joyce Romberger and Mr. James McGonigle

## IN THE UNITED STATES COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL SNYDER**, a minor, by and through her parents, **TERRY SNYDER** and **STEVEN SNYDER**, individually and on behalf of their daughter, | CIVIL ACTION NO. 07-CV-585 |
| | JUDGE: JAMES M. MUNLEY |
| **Plaintiffs**, | |
| v. | ELECTRONICALLY FILED |
| **BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER,** Superintendent Blue Mountain School District; and **JAMES S. MCGONIGLE,** Principal Blue Mountain Middle School, both in their official and individual capacities, | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I, Jonathan P. Riba, Esquire, counsel for the Defendants, Blue Mountain School District, Dr. Joyce Romberger and Mr. James McGonigle, hereby certify that a true and correct copy of the foregoing Entry of Appearance was mailed to the following counsel at the following address, *via* regular U.S. Mail, on this date:

MaryCatherine Roper, Esquire
Staff Attorney
American Civil Liberties Union of PA
P.O. Box 40008
Philadelphia, Pennsylvania 19106

SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: <u>March 30, 2007</u>    By:    <u>/s/ Jonathan P. Riba</u>
                                      Jonathan P. Riba, Esquire, Atty. I.D. # 88095
                                      331 Butler Avenue, P. O. Box 5069
                                      New Britain, Pennsylvania  18901
                                      (215) 345-9111 – Office
                                      (215) 348-1147 – Facsimile

                                      Attorney for Defendant,
                                      Blue Mountain School District,
                                      Dr. Joyce Romberger and Mr. James McGonigle