IN THE UNITED STATES COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.S. a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities,<br><br>Defendants. | CIVIL ACTION NO. 07-CV-585<br><br>JUDGE: JAMES M. MUNLEY<br><br>ELECTRONICALLY FILED |

**JOINT STIPULATION TO EXTEND DATE OF DEFENDANTS' RESPONSE TO PLAINTIFFS COMPLAINT BY ONE (1) WEEK**

AND NOW, come the Parties to the above matter to respectfully submit this Joint Stipulation for consideration and approval by the Court of the following deadline:

1. Defendants' Response to Plaintiffs' Complaint is currently due on or before April 17, 2007.

2. Due to the number of allegations in the Plaintiffs' Complaint, Defendants need an additional week to produce a response thereto.

3. On April 9, 2007, Plaintiffs' counsel, Mary Catherine Roper, Esquire agreed to a one week extension for Defendants to Respond to Plaintiffs' Complaint until April 22, 2007.

4. All Counsel concur in this request as it will not prejudice any party or the Court.

5. Defendants respectfully request that an extension is granted for Defendants' Response to Plaintiffs' Complaint to be due on or before April 22, 2007.

Respectfully submitted,

SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: April 16, 2007        By: /s/ Ellis H. Katz
                                Ellis H. Katz, Esquire Attorney ID #34845
                                331 Butler Avenue, P.O. Box 5069
                                New Britain, Pennsylvania 18901
                                Telephone: (215) 345-9111
                                Facsimile: (215) 348-1147

                                Attorney for Defendants,
                                Blue Mountain School District,
                                Dr. Joyce E. Romberger, and
                                James S. McGonigle


                            By: /s/ Mary Catherine Roper
                                Mary Catherine Roper, Esquire

                                Attorney for Plaintiffs

**BY THE COURT:**

Date: 4/17/07

JAMES M. MUNLEY, J.