## IN THE UNITED STATES COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.S., a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,** | **CIVIL ACTION NO. 07-CV-585** |
| **Plaintiffs,** | **JUDGE: JAMES M. MUNLEY** |
| v. | **ELECTRONICALLY FILED** |
| **BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities,** | |
| **Defendants.** | |

### AMENDED JOINT STIPULATION TO EXTEND DATE OF DEFENDANTS' RESPONSE TO PLAINTIFFS COMPLAINT BY ONE (1) WEEK

AND NOW, come the Parties to the above matter to respectfully submit this Amended Joint Stipulation for consideration and approval by the Court of the following deadline:

1. Defendants' Response to Plaintiffs' Complaint is currently due on or before April 17, 2007.

2. Due to the number of allegations in the Plaintiffs' Complaint, Defendants need an additional week to produce a response thereto.

3. On April 9, 2007, Plaintiffs' counsel, Mary Catherine Roper, Esquire agreed to a one week extension for Defendants to Respond to Plaintiffs' Complaint until April 24, 2007.

4. All Counsel concur in this request as it will not prejudice any party or the Court.

5. Defendants respectfully request that an extension is granted for Defendants' Response to Plaintiffs' Complaint to be due on or before April 24, 2007.

Respectfully submitted,

SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: April 18, 2007  By: /s/ Ellis H. Katz
Ellis H. Katz, Esquire Attorney ID #34845
331 Butler Avenue, P.O. Box 5069
New Britain, Pennsylvania 18901
Telephone: (215) 345-9111
Facsimile: (215) 348-1147

Attorney for Defendants,
Blue Mountain School District,
Dr. Joyce E. Romberger, and
James S. McGonigle

By: /s/ Mary Catherine Roper
Mary Catherine Roper, Esquire

Attorney for Plaintiffs

**BY THE COURT:**

Date: _____  _____
**JAMES M. MUNLEY, J.**