IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.S., et al. ) | |
| ) | |
| v. ) | No: 3:07-cv-585 |
| ) | |
| BLUE MOUNTAIN SCHOOL ) | |
| DISTRICT, et al., ) | |
| ) | **ELECTRONICALLY FILED** |
| ) | |

# ORDER

AND NOW, this 20th day of August, 2007, upon consideration of Plaintiffs' Unopposed Motion For Extension Of Discovery And Case Management Deadlines, it is hereby ORDERED that the Motion is GRANTED. The Court's Case Management Order of May 11, 2007 is amended as follows:

1.　　All discovery shall be completed by October 22, 2007; and

2.　　Dispositive motions shall be due November 21, 2007.

In all other respects, the Case Management Order shall remain in effect.

BY THE COURT

_____
　　　　　　　　　　　　　　　　　　　　　J.