## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.S., a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, Individually and on behalf of their daughter,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain School, both in their official and individual capacities,<br><br>Defendants. | NO: 3:07-cv-585 |

### NOTICE OF APPEARANCE OF MARY E. KOHART

Please enter my appearances as additional counsel for Plaintiffs. Mary Catherine Roper, Esquire and Deborah Gordon Klehr, Esquire will continue as counsel for Plaintiffs.

Dated: November 7, 2007.

/s/ Mary E. Kohart
DRINKER BIDDLE & REATH LLP
Mary E. Kohart (PA. I.D. No. 37191)
Meredith W. Nissen (PA. I.D. No. 93504)
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

## CERTIFICATION OF SERVICE

I, Meredith W. Nissen, hereby certify that, on the date set forth below, I caused to be served by ECF and facsimile a true and correct copy of Notice of Appearance of Mary E. Kohart.

Jonathan P. Riba, Esquire
Sweet, Stevens, Tucker & Katz, LLP
P.O. Box 5069
331 Butler Ave.
New Britain, PA 18901

Dated: November 7, 2007                    /s/ Meredith W. Nissen
                                                                   Meredith W. Nissen