IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.S., et al. | : CIVIL ACTION NO. |
| | : 07-CV-585 |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : JUDGE: |
| BLUE MOUNTAIN SCHOOL DISTRICT; | : JAMES M. MUNLEY |
| DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities, | : ELECTRONICALLY FILED |
| Defendants. | |

## ORDER

AND NOW, this 28th day of March, 2007, upon consideration of Parties' Joint Motion for Extension of Time to File Supporting Briefs to Dispositive Motions and Subsequent Reply Briefs, it is hereby ORDERED and DECREED that said Motion is granted. Parties' Supporting Briefs to Dispositive Motions are due on or before December 10, 2007 and Parties' Reply Briefs are due on or before January 7, 2008.

BY THE COURT:

_____ J.