# IN THE UNITED STATES COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.S., a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,** | **: CIVIL ACTION NO.**<br>**: 07-CV-585**<br>:<br>:<br>: **JUDGE:**<br>: **JAMES M. MUNLEY** |
| **Plaintiffs,** | : |
| v. | :<br>: |
| **BLUE MOUNTAIN SCHOOL DISTRICT;**<br>**DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities,** | **ELECTRONICALLY FILED** |
| **Defendants.** | |

### DEFENDANTS, BLUE MOUNTAIN SCHOOL DISTRICT, DR. JOYCE ROMBERGER AND JAMES MCGONIGLE'S,
### MOTION TO EXCEED PAGE LIMIT

**AND NOW**, come Defendants Blue Mountain School District, Dr. Joyce Romberger and James McGonigle, by and through their attorneys, Sweet, Stevens, Katz & Williams LLP, to submit the following Motion To Exceed Page Limit, seeking permission from this Court to file and serve a Brief in Support of their Motion for for Summary Judgment in excess of fifteen (15) pages, pursuant to Local Rule of Civil Procedure 7.8, and so aver:

1. On November 21, 2007 Parties filed their respective Motion for Summary Judgment.

2. Currently, supporting Briefs to the Parties Motion for Summary Judgments are due to this Court on December 10, 2007.

3. Instantly, the Defendants are asking this Court to allow them to file a Brief in Support of their Motion for Summary Judgment in excess of fifteen (15) pages, pursuant to Local Rule of Civil Procedure 7.8.

4. The Defendants anticipate that their respective Brief in Support of the Motion for Summary Judgment will exceed fifteen (15) pages but should not exceed forty-five (45) pages due to the numerous legal issues involved and the voluminous record.

5. As evidenced in the attached Certificate of Concurrence, Plaintiffs' Counsel concurs with the Defendants' instant request to permit their Brief in Support of their Motion for Summary Judgment to exceed the fifteen (15) page limit.

**WHEREFORE**, for all of the foregoing reasons, the Defendants respectfully request that this Honorable Court grant their instant Motion to Exceed

Page Limit and that they be permitted to file and serve a Brief in Support of their Motion for Summary Judgment no longer than forty-five (45) pages.

                              Respectfully submitted,
                              SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: December 5, 2007      By: /s/ Jonathan P. Riba

                              Jonathan P. Riba, Esquire, PA88095
                              331 E. Butler Avenue
                              Post Office Box 5069
                              New Britain, Pennsylvania 18901
                              *t* (215) 345-9111
                              *ƒ* (215) 348-1147
                              Attorney for Defendants,
                              Blue Mountain School District,
                              Dr. Joyce Romberger and James McGonigle

# IN THE UNITED STATES COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.S., a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,** | : CIVIL ACTION NO.<br>: 07-CV-585<br>:<br>:<br>: JUDGE:<br>: JAMES M. MUNLEY |
| **Plaintiffs,** | : |
| v. | :<br>: |
| **BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER,** Superintendent Blue Mountain School District; and **JAMES S. MCGONIGLE,** Principal Blue Mountain Middle School, both in their official and individual capacities, | **ELECTRONICALLY FILED** |
| **Defendants.** | |

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that counsel for the Plaintiffs, J.S., Terry Snyder and Steven Snyder were contacted about the Defendants' instant Motion to Exceed Page Limit, and all concurred with the aforesaid request.

SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: <u>December 5, 2007</u>     By: <u> /s/ Jonathan P. Riba                              </u>

        Jonathan P. Riba, Esquire, PA88095
        331 E. Butler Avenue
        Post Office Box 5069
        New Britain, Pennsylvania  18901
        *t* (215) 345-9111
        *f* (215) 348-1147
        Attorney for Defendants,
        Blue Mountain School District,
        Dr. Joyce Romberger and James McGonigle

# IN THE UNITED STATES COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.S., a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,** : | **CIVIL ACTION NO.** : **07-CV-585** : : : **JUDGE: J** : **AMES M. MUNLEY** |
| Plaintiffs, : | : |
| v. : | : |
| **BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities,** | **ELECTRONICALLY FILED** |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Jonathan P. Riba, Esquire, counsel for Defendants Blue Mountain School District, Dr. Joyce Romberger and James McGonigle, hereby certify that a true and correct copy of the foregoing Motion to Exceed Page Limit is available through the Court's ECF filing system and was also served by U.S. First Class Mail this day upon:

| | |
|---|---|
| MaryCatherine Roper, Esquire<br>American Civil Liberties Union of PA<br>P.O. Box 40008<br>Philadelphia, PA  19106 | Mary Kohart, Esquire<br>Meredith Nissen, Esquire<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>Philadelphia, PA  19103 |

                                SWEET, STEVENS, KATZ & WILLIAMS LLP

Date:  December 5, 2007      By:  /s/ Jonathan P. Riba
                                     Jonathan P. Riba, Esquire, PA88095
                                     331 E. Butler Avenue
                                     Post Office Box 5069
                                     New Britain, Pennsylvania  18901
                                     *t* (215) 345-9111
                                     *f* (215) 348-1147
                                     Attorney for Defendants,
                                     Blue Mountain School District,
                                     Dr. Joyce Romberger and James McGonigle