IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.S., a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,<br>**Plaintiffs**<br>v.<br>BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities,<br>**Defendants** | No. 3:07cv585<br><br>(Judge Munley)<br><br>FILED<br>SCRANTON<br><br>DEC 0 6 2007 |

## ORDER

**AND NOW**, to wit, this ___ day of December 2007, it is hereby **ORDERED** as follows:

1) The defendants' motion to exceed the page limitation with regard to the brief in support of summary judgment (Doc. 40) is **GRANTED** to the extent that the brief may exceed fifteen (15) pages, but be no longer than thirty (30) pages.

2) The plaintiffs' brief in support of their motion for summary judgment may also be thirty (30) pages long.

3) The opposition briefs filed by both parties should be no longer than fifteen (15) pages as both sides will already have set forth their positions in their supporting briefs.

4) The parties shall be allowed to file a brief of no more than five (5) pages in reply to the opposition brief.

**ALL OTHER REQUIREMENTS REGARDING FONT AND LINE SPACING FOUND IN THE LOCAL RULES OF COURT MUST BE SCRUPULOUSLY FOLLOWED.**

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court