IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.S., et al. ) | |
| ) | |
| v.    ) | No: 3:07-cv-585 |
| ) | |
| BLUE MOUNTAIN SCHOOL ) | **ELECTRONICALLY FILED** |
| DISTRICT, et al., ) | |
| _____ ) | |

# STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS MCGONIGLE AND ROMBERGER

Plaintiffs hereby voluntarily dismiss all of their claims against Defendants DR. JOYCE E. ROMBERGER and JAMES S. MCGONIGLE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the consent of all parties who have appeared. This stipulation does not affect Plaintiffs' claims against Defendant BLUE MOUNTAIN SCHOOL DISTRICT.

Date: August 14, 2007.

*/s/ Mary Catherine Roper*
Mary Catherine Roper
AMERICAN CIVIL LIBERTIES
FOUNDATION OF
PENNSYLVANIA
P.O. Box 40008
Philadelphia, PA 19106
(T) 215.592.1513 ext. 116
(F) 215.592-1343

Counsel for all Plaintiffs

*/s/ Jonathon Riba*
Jonathon Riba
Sweet, Stevens, Katz & Williams LLP
331 E. Butler Ave.
New Britain, PA 18901
Phone: (215) 345-9111
Fax: (215) 348-1147

Counsel for all Defendants