# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.S., a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,<br>         Plaintiffs,<br><br>v.<br><br>BLUE MOUNTAIN SCHOOL DISTRICT; DR. JOYCE E. ROMBERGER, Superintendent Blue Mountain School District; and JAMES S. MCGONIGLE, Principal Blue Mountain Middle School, both in their official and individual capacities,<br>         Defendants. | : CIVIL ACTION NO.<br>: 07-CV-585<br>:<br>:<br>:<br>: JUDGE:<br>: JAMES M. MUNLEY<br>:<br>:<br>:<br>: ELECTRONICALLY FILED |

## DEFENDANTS, BLUE MOUNTAIN SCHOOL DISTRICT, DR. JOYCE ROMBERGER AND JAMES MCGONIGLE'S, RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

AND NOW, come the Defendants, Blue Mountain School District, Dr. Joyce Romberger and James McGonigle (hereinafter referred to as the "Defendants"), by and through their attorneys, Sweet, Stevens, Katz & Williams LLP, to present the following Response to Plaintiffs' Motion for Summary Judgment. In support of this Response, the Defendants rely upon the Brief in

support thereof, attached hereto and incorporated herein by reference.

        SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: <u>January 7, 2008</u>   By: /s/ Jonathan P. Riba
         Jonathan P. Riba, Esquire, PA88095
         331 E. Butler Avenue
         Post Office Box 5069
         New Britain, Pennsylvania 18901
         *t* (215) 345-9111
         *ƒ* (215) 348-1147
         Attorney for Defendants,
         Blue Mountain School District,
         Dr. Joyce Romberger and James McGonigle