IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.S., a minor, by and through her parents, TERRY SNYDER, and STEVEN SNYDER, individually and on behalf of their daughter, Plaintiffs | : : : : : | 3:07-cv-585 (Judge J. Munley) |
| v. | : : | |
| BLUE MOUNTAIN SCHOOL DISTRICT, Defendant | : : | |

## SCHEDULING ORDER

The above civil case is listed for **oral argument** on **Tuesday, July 8, 2008, at 10:00**, in the courtroom of Judge James M. Munley, in the William J. Nealon Federal Building, Corner North Washington Avenue and Linden Street, Scranton, Pennsylvania.

**Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3 (Conference of Attorneys), as well as this court's Standing Order #1 concerning conferences, is required.** Copies of the Local Rules are available at the Clerk's Office. Failure to comply with the Local Rules may result in the imposition of sanctions.

Dated: 4/14/08

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court