UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-4138

J.S., a minor, through her parents;
TERRY SNYDER; STEVEN SNYDER,
Appellants

v.

BLUE MOUNTAIN SCHOOL DISTRICT;
JOYCE ROMBERGER; JAMES McGONIGLE

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 07-cv-00585)
District Judge: Honorable James M. Munley

Argued June 2, 2009
Before: FISHER and CHAGARES, *Circuit Judges*, and DIAMOND,* *District Judge*.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued on June 2, 2009.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered September 11, 2008, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs taxed against Appellants.

---

*Honorable Paul S. Diamond, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

|  | Attest: |
|---|---|
| DATED: February 4, 2010 | /s/ Marcia M. Waldron<br>Clerk |