Case 3:07-cv-00585-JMM   Document 102   Filed 03/31/14   Page 1 of 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.S., a minor, by and through her parents, TERRY SNYDER and STEVEN SNYDER, individually and on behalf of their daughter,** | No. 3:07cv585 |
| Plaintiffs | (Judge Munley) |
| v. | (Magistrate Judge Mehalchick) |
| **BLUE MOUNTAIN SCHOOL DISTRICT,** Defendant | |

## ORDER

**AND NOW**, to wit, this 31st day of March 2014, in accordance with the preceding memorandum, it is hereby ordered as follows:

1) The magistrate judge's report and recommendation (Doc. 92) is **ADOPTED** in part;

2) Plaintiff J.S.'s motion for attorney fees (Doc. 77) is **GRANTED** in part as set forth below;

3) The plaintiff's objections to the report and recommendation (Doc. 96) are **OVERRULED**;

4) The defendant's objections are **GRANTED** with respect to reducing the lodestar amount and the electronic research costs to reflect a lack of success on all of the claims.  The objection with regard to the time spent on drafting the petition for an en banc hearing is also **GRANTED**, the objections are **OVERRULED** in all other respects; and

5) Plaintiff's counsel are **GRANTED** attorney's fees of $246,048.08 and costs of $29,402.83.

                                                                           **BY THE COURT:**

                                                                           **s/ James M. Munley**

                                                                           **JUDGE JAMES M. MUNLEY**
                                                                           **United States District Court**